IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 13-50034-004        USA v. ROSESHELL HAMILTON

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CLAY FOWLKES

Clerk: GAIL GARNER               Deft. PAUL SMITH

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 4-level departure awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    120 months imprisonment; 3 years supervised release; $20,000.00 fine - interest waived.

Criminal No. 13-50034-004

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

    Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

    Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

- (X) Defendant ordered to pay total special assessment of $100.00, for Count 18, which shall be due immediately.
- (X) Counts 1, 15, 16, 17, and the forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of USMS.

DATE: FEBRUARY 7, 2014         Proceeding began: 10:54 am

                                            ended: 11:30 am