IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 13-50034-002 USA v. SANDRA DAVIS

COURT PERSONNEL: APPEARANCES:

Judge: JIMM LARRY HENDREN Govt. CLAY FOWLKES

Clerk: GAIL GARNER Deft. SHANNON BLATT

Reporter: THERESA SAWYER

**SENTENCING MINUTE SHEET**

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

(X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
(X) Inquiry made that defendant is satisfied with counsel.
(X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X) Presentence investigation report reviewed in open court.
(X) Defendant withdraws objections to PSR in open court.
(X) Government moves for downward departure pursuant to 5K1.1 - granted and 4-level departure awarded.
(X) Court expresses final approval of plea agreement.
(X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
(X) Attorney for government afforded opportunity to make statement to court.
(X) Court proceeded to impose sentence as follows:

48 months imprisonment on each count, terms to run concurrently; 1 year supervised release on each count, terms to run concurrently; $8,000.00 fine - interest waived.

Criminal No. 13-50034-002

(X) Defendant ordered to comply with standard conditions of supervised release.
(X) Defendant ordered to comply with the following special conditions of supervised release:

Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

(X) Defendant ordered to pay total special assessment of $300.00, for Counts 6-8, which shall be due immediately.
(X) Counts 1, 9, and the forfeiture allegation dismissed on motion by the government.
(X) Defendant advised of right to appeal sentence imposed.
(X) Defendant advised of right to apply for leave to appeal in forma pauperis.
(X) Defendant allowed to self surrender no later than 2:00 p.m. on Tuesday, March 4, 2014.

DATE: FEBRUARY 11, 2014 Proceeding began: 1:36 p.m.

ended: 2:17 p.m.